No. 95–6329.  TORRES-DIAZ v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 95–6330.  WASHINGTON v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 95–6331.  THOMAS v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 95–6332.  THOMAS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 95–6333.  WILLIAMS v. HENRY, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 95–6334.  PERALTA v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 95–6339.  MANLEY v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 95–6345.  DAVIS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–6346.  GILMORE v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 95–6357.  WOODS v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 95–209.  JEFFERSON-PILOT LIFE INSURANCE CO., INC. v. WEEMS ET UX.  Sup. Ct. Ala.  Motion of Business Council of Alabama for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 95–453.  LUTHER v. ETHICON, INC., ET AL.  C. A. 5th Cir. Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 95–6272.  GALLAHER v. UNITED STATES.  C. A. 5th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied.  Certiorari denied.

No. 94–9250.  ROBERSON v. CHATER, COMMISSIONER OF SOCIAL SECURITY, *ante*, p. 828;

No. 94–9279. BOND *v.* O'DEA, WARDEN, *ante,* p. 829; and

No. 95–5202. GLANT *v.* LAMB ET AL., *ante,* p. 882. Petitions for rehearing denied.

NOVEMBER 8, 1995

No. 94–1030. KANSAS *v.* KICKAPOO TRIBE, AKA KICKAPOO NATION IN KANSAS, OF THE KICKAPOO RESERVATION IN KANSAS, ET AL. C. A. 10th Cir. Certiorari dismissed under this Court's Rule 46.1.

NOVEMBER 9, 1995

No. 95–213. CHAVES ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, LIQUIDATING AGENT/RECEIVER OF MALDEN TRUST CO. C. A. 10th Cir. Certiorari dismissed under this Court's Rule 46.

No. 95–6495 (A–374). BARNES *v.* NETHERLAND, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

NOVEMBER 13, 1995

No. M–21. CLEMENTE *v.* UNITED STATES;

No. M–22. LIVECCHI *v.* XEROX CORP.; and

No. M–23. BEASLEY *v.* HAND ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 95–5139. LUNA *v.* SUTHERLAND ET AL. C. A. 6th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 804] denied.

No. 95–6031. DESMOND *v.* NEW VALLEY CORP. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until December 4, 1995, within which to pay the docketing fee required